UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:     RAZZ ELECTRICAL SERVICES, LLC     BANKRUPTCY CASE NO.

DEBTOR     09-80493

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

RAZZ ELECTRICAL SERVICES, LLC     ADVERSARY PROCEEDING NUMBER

VERSUS     09-8013

SOUTHERN HERITAGE BANK, UNITED STATES
OF AMERICA, INTERNAL REVENUE SERVICE,
PARISH OF RAPIDES, STATE OF LOUISIANA,
COLUMBUS BANK & TRUST COMPANY, and
WAGNER SMITH EQUIPMENT COMPANY

## MOTION BY SOUTHERN HERITAGE BANK FOR DISGORGEMENT OF REAL ESTATE COMMISSION AND REFUND TO ESTATE

**NOW INTO COURT**, through undersigned counsel, comes **SOUTHERN HERITAGE BANK** a secured creditor of the Debtor and Defendant in the above adversary proceeding which moves this Court as follows:

1.

Southern Heritage Bank is a secured creditor of the Debtor as evidenced by its Proof of Claim filed in the amount of $1,697,270.02.

2.

Southern Heritage Bank holds a secured interest in real estate, movable property and equipment.

3.

Specifically, Southern Heritage Bank holds a secured interest in the real estate and sales proceeds of the property which is the subject of this Adversary Complaint and the Judgment signed July 29, 2009 by this Court.

4.

The subject real estate was sold by Cash Sale on August 5, 2009.

5.

The settlement statement reflects the agreed upon sales price of $137,500 and deductions of $14,634.39.

6.

The statement further reflects settlement charges paid in commission to United Country Bonnette Auctions in the amount of $12,500. This payment reflects a commission slightly in excess of 9%. See Exhibit "A".

7.

This Court entered an Order June 30, 2009 (docket #117) in the main case awarding United Country-Town & Country Realty and Barbara Bonnette a real estate commission of 6% without further notice or approval by the Court.

8.

At no time did this Court approve a commission in excess of 6%.

9.

While Southern Heritage Bank is not aware whether the Debtor or Ms. Bonnette or United Country-Town & Country Realty provided the closing attorney, Kenneth G. Daniels, with a copy of the Order, Mr. Daniels was somehow instructed to exceed the authority granted by this Court an award and pay a commission in excess of 6%.

10.

The sales price for the property was $137,500 and the appropriate commission would have been $8,250. Any other commission or charges owed should have been approved this Court or paid by the purchasers.

11.

Southern Heritage Bank shows that this Court should enter an Order directing Ms. Bonnette and/or United Country-Town & Country Realty to disgorge all commissions in excess of $8,250 and refund same to the Registry of this Court. The amount to be refunded is $4,250.

12.

Should it be determined that Ms. Bonnette and/or United Country-Town & Country Realty did not receive the excess commission, Southern Heritage Bank is entitled to an Order of this Court directing the recipient of said amounts to disgorge same and refund to this Court pending further Orders of this Court.

**WHEREFORE SOUTHERN HERITAGE BANK PRAYS** that this motion be granted and that after notice and hearing this Court enter an Order directing Barbara Bonnette and/or United Country-Town & Country Realty to disgorge excess commissions and deposit same in the Registry of the Court or in the alternative to direct the recipient of the excess commissions to disgorge same and refund to the Registry of the Court in the amount of $4,250.

Respectfully submitted,

**WHEELIS & ROZANSKI**

By: /s/ Stephen D. Wheelis
    Stephen D. Wheelis #17205
    Richard A. Rozanski #22583
    P.O. Box 13199
    Alexandria, Louisiana 71315-3199
    318/445-5600

**ATTORNEYS FOR SOUTHERN HERITAGE BANK**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing Motion has been served upon Debtor, Razz Electrical Services, LLC, 84 H. Strange Road, Lecompte, LA 71346; Debtor's attorney, Thomas R. Willson, P. O. Drawer 1630, Alexandria, LA 71309-1630; and Office of U. S. Trustee, 300 Fannin St., Suite 3196, Shreveport, LA 71101, 318-676-3456; Barbara Bonnette, 3804 McKeithen Drive, Alexandria LA 71303; and United Country-Town & Country Realty, through its agent for service of process, Barbara Bonnette, 3804 McKeithen Dr., Alexandria, LA 71303, by placing a copy of same in the United States mail postage prepaid..

Alexandria, Louisiana this 2nd day of September, 2009.

/s/ Stephen D. Wheelis
OF COUNSEL