# SETTLEMENT STATEMENT

**A.** U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

**B. TYPE OF LOAN:**
1. ☐ FHA  2. ☐ FmHA  3. ☐ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS.
6. FILE NUMBER: 2009060501S
7. LOAN NUMBER:
8. MORTGAGE INS CASE NUMBER:

OMB NO. 2502-0265

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0 3/86 (JOHNSON-14.905 ACRES.PFD/2009060501S/15)

**D. NAME AND ADDRESS OF BORROWER:**
ELIZABETH ANN JOHNSON
P.O. BOX 458
LECOMPTE, LA 71346
SSN: 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

**E. NAME AND ADDRESS OF SELLER:**
RAZZ ELECTRICAL SERVICES, L.L.C.
P.O. BOX 368
LECOMPTE, LA 71346

**F. NAME AND ADDRESS OF LENDER:**
CASH SALE

**G. PROPERTY LOCATION:**
14.905 ACRES IN SECTION 6
T1N-R1E
RAPIDES PARISH, LOUISIANA

**H. SETTLEMENT AGENT:** 72-1449280
KENNETH G. DANIELS

**PLACE OF SETTLEMENT**
1454 PETERMAN DRIVE
ALEXANDRIA, LA 71301

**I. SETTLEMENT DATE:** August 5, 2009

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 137,500.00 | 401. Contract Sales Price | 137,500.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 1,070.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes to | | 406. City/Town Taxes to | |
| 107. Parish Taxes to | | 407. Parish Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 138,570.00 | **420. GROSS AMOUNT DUE TO SELLER** | 137,500.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 14,600.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. (Deposit disb. as proceeds) | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. Parish Taxes 01/01/09 to 08/05/09 | -34.39 | 511. Parish Taxes 01/01/09 to 08/05/09 | 34.39 |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 5,034.39 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 14,634.39 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 138,570.00 | 601. Gross Amount Due To Seller (Line 420) | 137,500.00 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 5,034.39) | 602. Less Reductions Due Seller (Line 520) | ( 14,634.39) |
| **303. CASH ( X FROM ) ( TO ) BORROWER** | 133,535.61 | **603. CASH ( X TO ) ( FROM ) SELLER** | 122,865.61 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

I HAVE CAREFULLY REVIEWED THE HUD-1 SETTLEMENT STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS A TRUE AND ACCURATE STATEMENT OF ALL RECEIPTS AND DISBURSEMENTS MADE ON MY ACCOUNT OR BY ME IN THIS TRANSACTION. I FURTHER CERTIFY THAT I HAVE RECEIVED A COPY OF THE HUD-1 SETTLEMENT STATEMENT.

Borrower _[signature]_
ELIZABETH ANN JOHNSON

Seller  RAZZ ELECTRICAL SERVICES, L.L.C.
BY: _[signature]_
FRANKIE L. RASBERRY, its Manager

TO THE BEST OF MY KNOWLEDGE, THE HUD-1 SETTLEMENT STATEMENT WHICH I HAVE PREPARED IS A TRUE AND ACCURATE ACCOUNT OF THE FUNDS WHICH WERE RECEIVED AND HAVE BEEN OR WILL BE DISBURSED BY THE UNDERSIGNED AS PART OF THE SETTLEMENT OF THIS TRANSACTION.

_[signature]_
KENNETH G. DANIELS
Settlement Agent

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 & SECTION 1010.

EXHIBIT A

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ % 12,500.00 | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. $ 12,500.00 to UNITED COUNTRY BONNETTE AUCTIONS | | | |
| 702. $ to | | | |
| 703. Commission Paid at Settlement | | | 12,500.00 |
| 704. to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee % to | | | |
| 802. Loan Discount % to | | | |
| 803. Appraisal Fee to | | | |
| 804. Credit Report to | | | |
| 805. Lender's Inspection Fee to | | | |
| 806. Flood Certification Fee to | | | |
| 807. Tax Service Fee to | | | |
| 808. Underwriting Fee | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From to @ $ /day ( days %) | | | |
| 902. Mortgage Insurance Premium for months to | | | |
| 903. Hazard Insurance Premium for 1.0 years to | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance @ $ per | | | |
| 1002. Mortgage Insurance @ $ per | | | |
| 1003. City/Town Taxes @ $ per | | | |
| 1004. Parish Taxes @ $ per | | | |
| 1005. Assessments @ $ per | | | |
| 1006. @ $ per | | | |
| 1007. @ $ per | | | |
| 1008. Aggregate Adjustment @ $ per | | | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee to | | | |
| 1102. Abstract or Title Search to ALEXANDRIA ABSTRACTING COMPANY, LLC | | 485.00 | |
| 1103. Title Examination to KENNETH G. DANIELS, L.L.C. | | 450.00 | |
| 1104. Title Insurance Binder to | | | |
| 1105. Prepare Cancellation of Lease to KENNETH G. DANIELS, L.L.C. | | | |
| 1106. Notary Fees to KENNETH G. DANIELS, L.L.C. | | | 100.00 |
| 1107. Attorney's Fees to | | 65.00 | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance to STEWART TITLE GUARANTY | | | |
| (includes above item numbers: ) | | | |
| 1109. Lender's Coverage $ | | | |
| 1110. Owner's Coverage $ | | | |
| 1111. Courier Fee to KENNETH G. DANIELS, L.L.C. | | 20.00 | |
| 1112. Fees/Costs to THOMAS R. WILSON | | | 1,850.00 |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ ; Releases $ | | — | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | | |
| 1203. State Tax/Stamps: Deed ; Mortgage | | | |
| 1204. Recording Services to KENNETH G. DANIELS, L.L.C. | | 50.00 | 150.00 |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection to | | | |
| 1303. Homeowners Warranty | | | |
| 1304. | | | |
| 1305. | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | 1,070.00 | 14,600.00 |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

*/s/ Kenneth G. Daniels*
KENNETH G. DANIELS
Settlement Agent

Certified to be a true copy.

(20090605015 / 20090605015 / 15)

09-08013 - #20-1  File 09/02/09  Enter 09/02/09 10:05:12  Exhibit  Pg 2 of 2